SEALED

# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Magistrate Judge Roanne L. Mann  **DATE:** 12/4/08  **TIME:** 4:24:45

**DOCKET #** 08-CR-140

**DEFENDANT:** Maximiliano Bonilla
\_ present   \_ not present   X cust.   \_ bail

**DEFENSE COUNSEL:** Humberto Dominguez
X present   \_ not present   \_ CJA   X Retained   \_ Fed. Defenders

**A.U.S.A.:** Bonnie Klapper   **CLERK:** Ashley Grant / Justin Ormand
**FTR:** 4:24:45 - 5:09:38
**INT:** _____

X   CASE CALLED

**DEFT.**   X SWORN
            X ARRAIGNED
            X INFORMED OF RIGHTS
            X WAIVE TRIAL BEFORE DISTRICT COURT

X   INDICTMENT FILED   \_ SUPERCEDING INDICTMENT FILED
\_   INFORMATION FILED   \_ SUPERCEDING INFORMATION FILED
\_   WAIVER OF INDICTMENT EXECUTED FOR DEFT.

\_   DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
X   DEFT ENTERS **GUILTY PLEA** TO CT. 1 OF THE
     X INDICTMENT; \_ SUPERCEDING INDICTMENT; \_ INFORMATION; \_ SUPCD. INFO.
\_   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CT. \_\_ OF THE
     \_ INDICTMENT; \_ SUPERCEDING INDICTMENT; \_ INFORMATION; \_ SUPCD. INFO.
X   COURT FINDS A FACTUAL BASIS FOR THE PLEA.
X   SENTENCING SET FOR April 3, 2009 @ 10:00 a.m.   / SET BY PROBATION
X   BAIL CONT'D FOR DEFT.
\_   DEFT CONT'D IN CUSTODY.
\_   CASE ADJ'D TO _____ FOR _____

\_   **SPEEDY TRIAL** INFO FOR DEFT   \_ STILL IN EFFECT
     CODE TYPE\_\_ START\_\_\_ STOP\_\_\_
     \_ORDER / WAIVER EXECUTED & FILED.   \_ ENT'D ON RECORD.

**OTHER:** PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT # 1 AND RETURNED TO THE ASSISTANT.