UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

— against —

MAXIMILIANO BONILLA CROZCO,

                              Defendant.
-------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 26 2009  ★

**BROOKLYN OFFICE**

**ORDER ACCEPTING
GUILTY PLEA**

08-CR-140 (SLT) (RLM)

IT IS THE FINDING of the Court, based on a review of the transcript of the guilty plea of the defendant Maximiliano Bonilla Crozco, offered on December 4, 2008 before United States Magistrate Judge Roanne L. Mann, that the defendant pled guilty knowingly and voluntarily, and there is a factual basis supporting the defendant's plea of guilty.

IT IS HEREBY ORDERED THAT the guilty plea of the defendant Maximiliano Bonilla Crozco offered on December 4, 2008 before United States Magistrate Judge Roanne L. Mann is accepted.

SO ORDERED

s/Sandra Townes

THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Date:   June 26, 2009
        Brooklyn, New York