2

CP:BSK
F. # 2008R00404/OCDETF #NY-NYE-288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>UNSEALING ORDER</u> |
| - against - | <u>08 CR 140 (SLT)</u> |
| MAXIMILIANO BONILLA OROZCO, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

        Based on the application of the United States Attorney's Office for the Eastern District of New York, by Assistant United States Attorney Bonnie S. Klapper, and for the reasons stated therein, the above-captioned matter is hereby ordered UNSEALED in its entirety.

Date: October 2, 2009
      Brooklyn, New York

SO ORDERED.

s/Sandra L. Townes
_____
THE HONORABLE SANDRA L. TOWNES
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK

CP:BSK
F. # 2008R00404/OCDETF #NY-NYE-288

RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES

SEP 30 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

MAXIMILIANO BONILLA OROZCO,

         Defendant.

- - - - - - - - - - - - - - - - - X

UNSEALING APPLICATION

08 CR 140 (SLT)

      The United States Attorney's Office for the Eastern District of New York, by Assistant United States Attorney Bonnie S. Klapper, hereby moves that the above-captioned case is unsealed in its entirety. The defendant Maximiliano Bonilla Orozco is now a fugitive for whom a provisional warrant for arrest and extradition has been filed by the government in the country of Colombia. As as such documents are public record in the country of Colombia, including the Information filed in this case, there is no longer any need for the sealing of this matter. For this reason, the government respectfully requests that the case be unsealed.

                                    Respectfully submitted:

                                    BENTON J. CAMPBELL
                                    United States Attorney
                                    Eastern District of New York

                By:     */s/ B. Klapper*
                           Bonnie S. Klapper
                           Assistant U.S. Attorney
                           (718) 254-6426